UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Plaintiff | ) | CASE NO.1:07CR289-001 |
| | ) | |
| -vs- | ) | |
| | ) | |
| JAMES W. STEWART, | ) | ORDER RE: DEFENDANT'S |
| | ) | MOTION TO SUPPLEMENT |
| | ) | RECORD PURSUANT TO FRAP |
| Defendants. | ) | (10)(e) |

The Court grants in part "Defendant's Motion to Supplement Record Pursuant to FRAP (100) (e)," (ECF Doc. No. 191).

The Clerk shall supplement the record by filing a letter written by Defendant and received by the Court on or about September 2, 2007, certify the supplemental record and forward to the Court of Appeals.

IT IS SO ORDERED.

S/Christopher A. Boyko
Christopher A. Boyko
U.S. District Court Judge

August 7, 2009